IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED HEMPSTEAD, | ) | |
| Petitioner, | ) | No. C 06-7467 CRB (PR) |
| vs. | ) | ORDER |
| R. L. AYERS, JR., Warden, | ) | |
| Respondent(s). | ) | |

Petitioner, a California prisoner incarcerated at San Quentin State Prison, seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging the decision of the Governor of the State of California to revoke a parole date granted him by the California Board of Parole Hearings ("BPH").

The Governor reversed the BPH's decision because he found that "the gravity of the life offense committed by [petitioner] and his failure to take responsibility for his actions are factors which outweigh the factors tending to support his parole." The Governor specifically found that petitioner has not taken responsibility for his actions because he "has consistently maintained that [the murder] was an accident, despite overwhelming evidence that it was not."

Within 60 days of this order, respondent shall file a supplemental answer addressing whether some evidence in the record before the Governor supports his finding that petitioner has not taken responsibility for his actions. Respondent

1    shall also file all parts of the record before the Governor that were not filed in this
2    matter, including the transcript of petitioner's 1998 parole suitability hearing,
3    which the Governor cites in his decision.
4         Petitioner may file a reply within 30 days of receiving respondent's
5    supplemental answer.
6    SO ORDERED.
7    DATED:   June 17, 2008
                                        _____
                                        CHARLES R. BREYER
8                                       United States District Judge

G:\PRO-SE\CRB\HC.06\Hempstead1.or2.wpd

2