UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED HEMPSTEAD,<br><br>        Petitioner,<br><br>  v.<br><br>R. L. AYERS, JR., Warden, et al,<br><br>        Respondent. | Case Number: CV06-07467 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Hempstead C38331
San Quentin State Prison
IN29L
San Quentin, CA 94974

Dated: January 22, 2010

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk